**Entered on Docket**
**December 09, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for  Secured Creditor WACHOVIA MORTGAGE, FSB. F.K.A. WORLD
                        SAVINGS BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-N-09-53532-gwz |
| STUART DAVID KIMBALL AND JENNELL LEE KIMBALL, | Chapter 7 |
| Debtor(s). | WACHOVIA MORTGAGE, FSB. F.K.A. WORLD SAVINGS BANK'S ORDER TERMINATING AUTOMATIC STAY |
| | Date:    November 24, 2009 |
| | Time:   10:00 A.M. |

A hearing on Secured Creditor Wachovia Mortgage, FSB. f.k.a. World Savings Bank's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Gregg W. Zive.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Relief from the automatic stay of 11 United States Code section 362 is hereby granted as it applies to the real property commonly known as 2791 Rice Road, Fallon, Nevada 89406-7445, which is legally described as:

> LOT 8 OF COUNTRY CLUB ESTATES ACCORDING TO THE OFFICIAL PLAT THEREOF RECORDED AUGUST 10, 1971, IN THE OFFICE OF THE COUNTY RECORDER OF CHURCHILL COUNTY, NEVADA, UNDER FILE NO. 127044.

APPROVED/DISAPPROVED

_____
W. DONALD GIESEKE
TRUSTEE

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐  The court has waived the requirement of approval under LR 9021.

☐  No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐  Approved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☐  Disapproved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☒  Failed to respond. - Trustee

                                                    ###

Submitted by:

/s/ JACQUE A. GRUBER
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11385
Attorney for WACHOVIA MORTGAGE, FSB. F.K.A. WORLD SAVINGS BANK